IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKE MORGAN,

        Plaintiff,

    v.

J. HALL,

        Defendant.

No.  2:25-CV-2087-DMC-P

ORDER

and

FINDINGS AND RECOMMENDATIONS

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff previously sought to consolidate this action with Morgan v. Espinoza, et al., E. Dist. Cal. Case No. 2:23-cv-1955-DAD-DMC-P.  See ECF No. 8.  In his motion to consolidate, Plaintiff stated that the instant action was intended as an amendment to the older action.  See id.  The older action proceeds on Plaintiff's claims against Defendants Davies and Espinoza.  The instant action alleges claims against Defendant Hall which were originally alleged in the older action but later dismissed with prejudice.  See ECF No. 47 in Hall v. Espinoza, et al.  By way of his motion to consolidate action, Plaintiff appeared to be attempting to revive claims against Defendant Hall which had been dismissed.  As such, the Court found that consolidation was not appropriate and denied Plaintiff's motion.  See ECF No. 9.  Plaintiff was directed to show cause why the instant action should not be dismissed as duplicative of the claims against Hall

1

which were dismissed with prejudice in the prior action.  See id.

In his response to the order to show cause, Plaintiff states that his intention in filing the instant action was not to duplicate the prior action but to clarify his claims against Defendant Hall as asserted in the prior action.  See ECF No. 10.  The Court does not find this contention persuasive to allow the current action to proceed, either as a separate action or amendment to the prior action, because Plaintiff's claims against Hall in the prior action were dismissed without further leave to amend and with prejudice.  Thus, clarification is not necessary, and the Court finds that the current action is indeed duplicative of the prior action insofar as Plaintiff has re-asserted claims against Defendant Hall which have been resolved.

Based on the foregoing, the undersigned orders and recommends as follows:

1.    It is ORDERED that the Clerk of the Court randomly assign a District Judge to this case.

2.    It is RECOMMENDED that this action be dismissed as duplicative of Plaintiff's claims against Defendant Hall in Morgan v. Espinoza, et al., E. Dist. Cal. Case No. 2:23-cv-1955-DAD-DMC-P, which have previously been dismissed with prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days after being served with these findings and recommendations, any party may file written objections with the Court.  Responses to objections shall be filed within 14 days after service of objections. Failure to file objections within the specified time may waive the right to appeal.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  April 6, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE