**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

MIKE MORGAN,

Plaintiff,

v.

J. HALL,

Defendant.

No. 2:25-CV-2087-DAD-ICD-P

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION

(Doc. No. 12)

Plaintiff, a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action on July 25, 2025, seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On April 6, 2026, the then–assigned magistrate judge issued findings and recommendations recommending that this action be dismissed as duplicative of plaintiff's claims brought against defendant Hall in *Morgan v. Espinoza, et al.*, No. 2:23-cv-1955-DAD-DMC-P (E.D. Cal.), which claims were previously dismissed in that action with prejudice. (Doc. No. 12.)

Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 2.) Plaintiff has not filed objections to the findings and recommendations and the time in which to do so has passed.

/////

The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly:

1. The findings and recommendations issued April 6, 2026 (Doc. No. 12), are adopted in full;
2. This action is dismissed as duplicative of plaintiff's claims brought against defendant Hall in *Morgan v. Espinoza, et al.*, No. 2:23-cv-1955-DAD-DMC-P, (E.D. Cal.), which claims were dismissed with prejudice in that earlier action; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 5, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE